# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED OCTOBER 6, 2023

## NO. 03-23-00555-CV

**John Degollado, Jr. and Charla G. Degollado, Appellants**

**v.**

**Hilaria Gonzales, Appellee**

## APPEAL FROM THE 98TH DISTRICT COURT OF TRAVIS COUNTY
## BEFORE CHIEF JUSTICE BYRNE, JUSTICES KELLY AND THEOFANIS
## DISMISSED FOR WANT OF JURISDICTION -- OPINION BY JUSTICE KELLY

This is an appeal from the final summary judgment signed by the trial court on May 4, 2023. Having reviewed the record, it appears that the Court lacks jurisdiction over the appeal. Therefore, the Court dismisses the appeal for want of jurisdiction. Appellants shall pay all costs relating to this appeal, both in this Court and in the court below.